tion was filed after the imposition of sentence, it should have been granted only if the appellant succeeded in establishing that withdrawal of the guilty plea was necessary "to correct manifest injustice."

 Appellant's motion is premised on the claim that at the time the guilty plea was entered he had received improper advice from counsel and did not understand the nature of the charge, the effect of the plea, or his rights. We agree with the District Court that this claim is negated by the trial record which discloses a careful interrogation by the trial judge of both Jones and his lawyer at the time the plea was entered to insure that the plea was voluntary and that Jones understood its effect. In light of the court's detailed inquiry at the time the plea was entered, Jones' self-serving statements three years later that he really did not know what he was doing are scarcely sufficient to establish the "manifest injustice" necessary to require the District Court to set aside the conviction.

Accordingly, the motion to proceed in forma pauperis is granted and the judgment of the District Court is

Affirmed.

James C. Hagedorn (argued), of Hoberg, Finger, Brown & Abramson, San Francisco, Cal., for plaintiffs and appellants.

Leonard Schaitman (argued), Atty. Dept. of Justice, William D. Ruckelshaus, Asst. Atty. Gen., Washington, D. C., Edwin L. Miller, U. S. Atty., Donald A. Fareed, Spec. Asst. U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, JERTBERG and MERRILL, Circuit Judges.

PER CURIAM:

The judgment is affirmed.

It would appear that the only reported Ohio authority, Brown v. Columbus, 27 Ohio Law Abst. 677, holds that where a wife and children survive a decedent, a mother and father do not qualify as next of kin under a wrongful death statute. On that ground, not used by the trial court, we affirm.

**Lloyd Frederick VAN HORN et al., Plaintiffs and Appellants,**

**v.**

**UNITED STATES of America, Appellee.**

**No. 23674.**

United States Court of Appeals, Ninth Circuit.

Jan. 6, 1971.

**UNITED STATES of America, Appellee,**

**v.**

**Loyd Allen REID, Appellant.**

**No. 211–70.**

United States Court of Appeals, Tenth Circuit.

Jan. 4, 1971.